**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL ACTION NO. 13-16-DLB-EBA**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**


**V.**                   **ORDER ADOPTING REPORT AND RECOMMENDATION**


**STEVEN A. SEPULVEDA**                                                **DEFENDANT**

* *  * *  * *  * *  * *  * *  * *  * *  * *

This matter is before the Court upon the January 10, 2017 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court revoke Defendant Steven A. Sepulveda's supervised release and impose a sentence of five (5) months incarceration, with no supervised release to follow. (Doc. # 57). During the Final Revocation Hearing conducted by Judge Atkins on January 6, 2017, the Defendant waived his right to a preliminary hearing and orally stipulated to violating the terms of his supervised release, as set forth in the November 23, 2016 Violation Report. (Doc. # 54).

Defendant having previously executed a waiver of his right to allocution (Doc. # 55), and having now filed a Notice with the Court that he has no objections to the R&R (Doc. # 58), this matter is now ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 57) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     Defendant is found to have **VIOLATED** the terms of his supervised release;

(3)     Defendant's supervised release is hereby **REVOKED**;

(4)     Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **five (5) months**, with no term of supervised release to follow; and

(6)     A Judgment shall be entered concurrently herewith.

This 23rd day of January, 2017.

Signed By:

*David L. Bunning*  *DB*

United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2013\13-16 Order Adopting R&R re SRV.wpd